UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                            Case Number 15-11794

v.                                         Honorable David M. Lawson
                                           Magistrate Judge David R. Grand

NORMAN L. WILSON,

       Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Presently before the Court is the report issued on May 31, 2016 by Magistrate Judge David R. Grand pursuant to 28 U.S.C. § 636(b), recommending that the Court grant the plaintiff's motion for summary judgment and enter judgment in favor of the plaintiff. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #15] is **ADOPTED**.

It is further **ORDERED** that the plaintiff's motion for summary judgment [dkt. #9] is **GRANTED**.

It is further **ORDERED** that the plaintiff shall recover of the defendant $6,751.01, plus court costs in the amount of $400, interest from the date of filing of the complaint until the date of entry of judgment, and post-judgment interest pursuant to 28 U.S.C. § 1961(a). The plaintiff may file a motion for entry of judgment pursuant to this order stating a sum certain for the amount of pre-judgment interest to be included in the judgment.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated:   June 30, 2016

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 30, 2016.

        s/Susan Pinkowski
        SUSAN PINKOWSKI